292 So.2d 480

**In re INSURANCE COMPANY OF NORTH AMERICA, a corp.**

**v.**

**Dalton F. SOUTHERN.**

**Ex parte Dalton F. SOUTHERN.**

**SC 739.**

Supreme Court of Alabama.

March 28, 1974.

John D. Clement, Jr., and James E. Smith, III, Tuscumbia, for petitioner.

No brief for respondent.

PER CURIAM.

Petition of Dalton F. Southern for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Insurance Co. of North America, a Corporation v. Southern, 52 Ala.App. 357, 292 So.2d 476.

Writ denied.

MERRILL, MADDOX, McCALL, and FAULKNER, JJ., and LAWSON, Supernumerary Judge, concur.

289 So.2d 663

**In re Richard Joe JOHNSON, alias**

**v.**

**STATE.**

**Ex parte Richard Joe Johnson.**

**SC 678.**

Supreme Court of Alabama.

Jan. 31, 1974.

Myron K. Allenstein, Gadsden, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of Richard Joe Johnson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Johnson alias v. State, 52 Ala.App. 94, 289 So.2d 662.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

288 So.2d 817

**In re James Roosevelt KEEBY, alias**

**v.**

**STATE.**

**Ex parte James Roosevelt Keeby, alias.**

**SC 652.**

Supreme Court of Alabama.

Jan. 24, 1974.

No brief for the State.

JONES, Justice.

Petition of James Roosevelt Keeby, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Keeby, alias v. State, 52 Ala.App. 813, 288 So.2d 813.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.